Andrew B. Downs, SBN 111435
C. Todd Norris, SBN 181337
Bullivant Houser Bailey PC
601 California Street, Suite 1800
San Francisco, CA 94108
Telephone: (415) 352-2700
Facsimile: (415) 352-2701
E-Mail: todd.norris@bullivant.com

Attorneys for Petitioner Roger Gomez

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In Re the Complaint of ROGER GOMEZ, as owner of a 1986 36' Sea Ray Boat for Exoneration from or Limitation of Liability, <br><br> Petitioner. | Case No.: C 04 1610 MMC (ENE) <br><br> [PROPOSED] ORDER DIRECTING DISBURSEMENT OF FUNDS DEPOSITED IN THE COURT'S REGISTRY ACCOUNT <br><br> (28 U.S.C. § 2042) |

On April 26, 2004, the amount of $1,000 was deposited by Bullivant Houser Bailey PC, on behalf of Petitioner Roger Gomez, into the court's registry account as security pursuant to Supplemental Admiralty Rule F(1), Federal Rules of Procedure, as indicated in the Clerk's letter of October 24, 2007, attached hereto as Exhibit A.

This action was terminated on April 19, 2005.

Good Cause Appearing, the Court hereby orders the Finance Department of the Clerk's Office to disburse the deposited funds to "Bullivant Houser Bailey PC's Client Trust Account."

DATED: January 28, 2008

_____
United States District Judge

6092276.1

*****

— 1 —